O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY PAVLICH,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,[1]<br>**Acting Commissioner of Social Security,**<br><br>        Defendant. | NO. CV 13-01829-MAN<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED: September 10, 2014

                                                              *Margaret A. Nagle*
                                                          MARGARET A. NAGLE
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), Carolyn W. Colvin, the current Commissioner of Social Security, is hereby substituted as the Defendant herein.