# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RUBY PAVLICH, | NO. CV 13-01829-MAN |
| Plaintiff, | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Stipulation For The Award And Payment Of Attorney Fees Pursuant To The Equal Access To Justice Act ("Stipulation"), which was filed on November 5, 2014, IT IS ORDERED that EAJA fees are awarded in the amount of four thousand dollars and no cents ($4,000.00), and costs in the amount of three hundred fifty dollars and no cents ($350.00), subject to the provisions of the EAJA and subject to the terms of the Stipulation between the parties.

Dated: November 6, 2014

_Margaret A. Nagle_
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE